# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JODI R. SPENCER | : | CIVIL ACTION NO. 2:20-cv-05869 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE: EDWARD A. SARGUS |
| v. | : | |
| | : | MAGISTRATE JUDGE: |
| OHIO OPERATING ENGINEERS | : | KIMBERLY A. PRESTON DEAVERS |
| APPRENTICESHIP AND TRAINING | : | |
| FUND | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff Jodi Spencer and Defendant Ohio Operating Engineers Apprenticeship and Training Fund, hereby stipulate to the dismissal of Plaintiff's claims in the above-captioned matter, with prejudice, each party to bear its own fees and costs.

Respectfully submitted

| | |
|---|---|
| By:*/s/ Drew C. Piersall per consent* | By: */s/ Samuel M. Schlein*<br>Samuel M. Schlein (0092194) |
| Drew C. Piersall (0078085) | *(sschlein@marshallforman.com)* |
| dcp@zrlaw.com | John S. Marshall (0015160) |
| Scott H. DeHart (0095463) | *(jmarshall@ marshallforman.com)* |
| shd@zrlaw.com | Edward R. Forman (0076651) |
| Zashin & Rich Co., L.P.A. | *(eforman@ marshallforman.com)* |
| 17 South High Street, Suite 900 | MARSHALL AND Forman LLC |
| Columbus, Ohio 43215 | 250 Civic Center Dr., Suite 480 |
| Telephone: (614) 224-4411 | Columbus, Ohio 43215-5296 |
| Facsimile: (614) 224-4433 | (614) 463-9790 |
| | Fax (614) 463-9780 |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed with the Court on this 14th day of July, 2021 using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: */s/ Samuel M. Schlein*

Samuel M. Schlein (0092194)